IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL FOOTE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 2:14-cv-4963 |
| | : | |

ORDER

AND NOW, this 19th day of September 2016, upon consideration of Plaintiff's Brief and

Statement of Issues in Support of Request for Review (Doc. 7), Defendant's Response to

Request for Review of Plaintiff (Doc. 12), the Report and Recommendation of United States

Magistrate Judge M. Faith Angell (Doc. 19), and the record before the Court, it is hereby

ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      The relief sought in Plaintiff's Brief and Statement of Issues in Support of his

        Request for Review (Doc. 7) is GRANTED.

3.      The case is REMANDED to the Commissioner of the Social Security

        Administration for calculation and payment of benefits.

                                        BY THE COURT:

                                        /s/ Legrome D. Davis

                                        Legrome D. Davis, J.